UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO CRUZ CRUZ, | Case No. 1:26-cv-05101-KES-CDB (HC) |
| Petitioner, | ORDER GRANTING APPLICATION OF ELISSA RAE STILES TO PRACTICE *PRO HAC VICE* |
| v. | |
| WARDEN OF THE CENTRAL VALLEY ANNEX, *et al.*, | (Doc. 5) |
| Respondents. | |

The Court has considered the application of Elissa Rae Stiles, attorney for Petitioner Alfredo Cruz Cruz, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 5).  In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:    **July 9, 2026**                            _____
                                                             UNITED STATES MAGISTRATE JUDGE